JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA L. MARTINEZ AND ROBERT BACA,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION,<br><br>Defendant. | CV 10-9114 PA (RZx)<br><br>JUDGMENT |

Pursuant to the Court's March 14, 2011 Minute Order dismissing with prejudice the First Amended Complaint of plaintiffs Victoria Martinez and Robert Baca ("Plaintiffs") against defendant Wachovia Mortgage Corporation (a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB) ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in is favor against Plaintiffs on their claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: March 14, 2011      _____

Percy Anderson
UNITED STATES DISTRICT JUDGE